**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

January 22, 2015

Hon. Michael E. Welborn
District Attorney
P. O. Box 1393
Sinton, Tx 78387-1393
* DELIVERED VIA E-MAIL *

Bryan Solis
TDCJ-ID# 01905178
1203 El Cibolo Rd., Lopez Unit
Edinburg, TX 78542

Hon. Rick Holstein
Attorney At Law
819 North Upper Broadway
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-14-00008-CR
Tr.Ct.No.  A-13-5017-3-CR
Style:    Bryan Solis v. The State of Texas

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    State Prosecuting Attorney (DELIVERED VIA E-MAIL)
       36th District Court (DELIVERED VIA E-MAIL)
       Hon. Pam Heard, Aransas County District Clerk (DELIVERED VIA E-MAIL)